**2003–0860. State ex rel. Petro v. R.J. Reynolds Tobacco Co.**
Franklin App. No. 02AP–591, 152 Ohio App.3d 345, 2003-Ohio-1654. Discretionary appeal allowed and motion for admission pro hac vice of Donald Ayer, Daniel Bromberg, and Jack Campbell by Jeffrey Jones granted.

PFEIFER, J., would grant the motion for admission pro hac vice but deny the discretionary appeal.

**2003–0861. Ohio Dept. of Job & Family Serv. v. Tultz.**
Summit App. No. 21241, 152 Ohio App.3d 405, 2003-Ohio-1597.

F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., dissent.

**2003–0873. State v. Rowan.**
Cuyahoga App. No. 80540, 2003-Ohio-2458. Discretionary appeal allowed and cause held for the decision in 2003–0252 and 2003–0283, *State v. Thompson,* Cuyahoga App. No. 78919, 2002-Ohio-6478; briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2003–0882. Riggs v. Motorists Mut. Ins. Co.**
Franklin App. No. 02AP–876, 2003-Ohio-1657. Discretionary appeal allowed and cause held for the decision in 2002–0610, *Geren v. Westfield Ins. Co.,* Lucas App. No. L–01–1398, 2002-Ohio-1230; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0886. Franklin v. Am. Mfrs. Mut. Ins. Co.**
Cuyahoga App. No. 81197, 2003-Ohio-1340. Discretionary appeal allowed on Propositions of Law Nos. I, III, and IV.

MOYER, C.J., and O'CONNOR, J., concur but would allow Propositions of Law No. I and II and hold for the decision in 2002–1245 and 2002–1271, *Estate of Houser v. Motorists Ins. Co.,* Auglaize App. No. 2–02–02, 2002-Ohio-2845; would allow Proposition of Law No. III and hold for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; and would allow Proposition of Law No. IV and hold for the decision in 2002–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142.

LUNDBERG STRATTON, J., concurs but would allow all propositions of law without holding.

O'DONNELL, J., concurs but would allow Propositions of Law Nos. I and III and hold for the decision in *Galatis;* and would allow Proposition of Law No. IV and hold for the decision in *Tucker.*

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0888. Baker v. White.**
Clermont App. No. CA2002–08–065, 2003-Ohio-1614.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–0896. Wilson v. Haimerl.**
Madison App. No. CA2002–08–017, 2003-Ohio-1774. Discretionary appeal allowed on Proposition of Law No. I.

O'CONNOR, J., concurs but would also hold for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson,* Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404.

MOYER, C.J., concurs but would allow Proposition of Law No. I and hold for the decision in *Allen;* and would allow Proposition of Law No. II and hold for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502.

LUNDBERG STRATTON and O'DONNELL, JJ., concur but would allow all propositions of law without holding.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0923. Archer v. ACE, USA.**
Franklin App. No. 02AP–882, 152 Ohio App.3d 455, 2003-Ohio-1790. Discretionary appeal allowed, cause consolidated with 2003–1068, *Archer v. ACE, USA,* Franklin App. No. 02AP–882, 2003-Ohio-1790, causes held for the decision in 2002–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142, and briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.